UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-65-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS ALAN CROSS | ORDER TO SEAL |

On motion of the Defendant, Nicholas Alan Cross, and for good cause shown, it is hereby

ORDERED that the **[DE # 26]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 31st day of October 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge